IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MIGUEL VERDIN-PEREZ | :   CRIMINAL NO. 09-571 |

ORDER

AND NOW, this 12th day of October 2016, upon consideration of Defendant's *pro se* Motion for Sentence Reduction (Doc. No. 157), it is hereby ORDERED that the motion is DENIED. Defendant was sentenced to the mandatory minimum and is not eligible for a reduction under amendment 782. See 21 U.S.C. §§ 841(a)(1), (b)(1)(A); 18 U.S.C. § 924(c)(1); United States v. Camacho–Rosales, No. 15-3952, 2016 WL 4410068, at *1 (3d Cir. Aug. 19, 2016).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.